# United States District Court Violation Notice

CVB Location Code: WW30

| Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- |
| F 5154888 | Brett Dalin | 1007480 |

F 5154888

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
| --- | --- |
| 08/05/2019 14:30 | 36 CFR 261.58(g) |

Place of Offense: Lower Falls Campground

Offense Description: 36 CFR 261.58(g) Parking or leaving in violation of posted instructions

DEFENDANT INFORMATION [redacted]

| Last Name | First Name | M.I. |
| --- | --- | --- |
| CHENG | SEAN | |

Street Address

[redacted]

| Tag No. | State | Year | Make | Type | Color |
| --- | --- | --- | --- | --- | --- |
| BHD7892 | WA | | Honda | Su | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 50 Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT → $ 80 Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
| --- | --- |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete Original - CVB Copy FS-5300-4 (2/2016)

CVB SCAN 10/22/2019 13:54

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/22/2019 13:54